Sherman A. THOMPSON,
Plaintiff—Appellant,

v.

Sergeant JOYNER; Melton, Officer; Headen, Officer; Alston, Captain; Officer Hinton, Defendants—Appellees,

and

Alston, Correctional Officer, Defendant.

No. 07–7610.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 7, 2008.

Sherman A. Thompson, Appellant Pro Se. Yvonne Bulluck Ricci, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherman A. Thompson appeals the district court's order denying his motion to reconsider a prior order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thompson v. Joyner*, No. 5:06–ct–03013–FL (E.D.N.C. Aug. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Petition denied by unpublished PER CURIAM opinion.